UNITED STATES of America,
Plaintiff—Appellee,

v.

Michael J. SMITH, Defendant—
Appellant.

No. 06–6603.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Aug. 30, 2006.

Michael J. Smith, Appellant Pro Se. Lisa
Rae McKeel, Office of the United States
Attorney, Newport News, Virginia, for Ap-
pellee.

Before KING, SHEDD, and DUNCAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

**230**

Unpublished opinions are not binding precedent in this circuit. *See* Local Rule 36(c).

PER CURIAM:

Michael J. Smith appeals the district court's order denying his motion to compel a Fed.R.Crim.P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Smith,* No. 4:01–cr–00067–JBF–AL (E.D.Va. Mar. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*